ERIC D. HOUSER #130079
SARA L. MARKERT #251277
HOUSER & ALLISON
A Professional Corporation
9970 Research Drive
Irvine, CA 92618
Telephone:  (949) 679-1111
Facsimile:   (949) 679-1112
Email:        smarkert@houser-law.com

JS-6

Attorneys for Defendant,
Barclays Capital Real Estate, Inc. dba HomEq Servicing erroneously sued herein as HomEq Servicing.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| NAZARIO HERNANDEZ and MARIA T. HERNANDEZ,<br><br>    Plaintiffs,<br><br>    vs.<br><br>HOMEQ SERVICING and DOES 1-50, inclusive,<br><br>    Defendants. | Case No. 8:09-cv-00119-R<br><br>HON. MANUEL REAL<br><br>**ORDER GRANTING MOTION TO DISMISS WITH PREJUDICE**<br><br>DATE:  March 30, 2009<br>TIME:  10:00 a.m.<br>DEPT:  8 |

    Defendant, Barclays Capital Real Estate, Inc. dba HomEq Servicing erroneously sued herein as HomEq Servicing ("HomEq") filed its Motion to Dismiss on February 4, 2009. A hearing on the Motion was originally set for March 9, 2009.  The case was transferred from the Honorable James V. Selna to the Honorable Manuel L. Real on February 22, 2009. The hearing on HomEq's Motion to Dismiss was reset and came before the Court on March 30, 2009, the honorable Manuel L. Real presiding.

1

1    Plaintiffs, NAZARIO HERNANDEZ and MARIA T. HERNANDEZ
2    ("Plaintiffs"), failed to file an opposition and did not appear at the hearing on the
3    Motion. Counsel for Defendant also failed to appeared at the hearing. Jennifer L.
4    Lalitte of Houser & Allison appeared on behalf of HomEq.
5    The Court having considered the moving papers, its own file, and with good
6    cause showing, orders as follows:
7    The Court GRANTS the above-listed motion, without leave to amend, as
8    stated on the record.
9    The Court FURTHER ORDERS that MW Roth PLC and/or Mitchell Roth,
10   jointly and severally, shall reimburse plaintiff any monies paid to file or pursue this
11   lawsuit.
12   The Court FURTHER ORDERS that MW Roth PLC and/or Mitchell Roth,
13   jointly and severally, shall pay $3,050.16 to Defendant for all attorney's fees and
14   costs incurred in defending this action.

16   **IT IS SO ORDERED**.

18   Entered this 3rd day of April 2009.

_____
HON. MANUEL L. REAL
UNITED STATES DISTRICT COURT JUDGE

2

ORDER GANTING MOTION TO DISMISS WITH PREJUDICE